UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| CHRIS LEIBLE,<br><br>            Plaintiff,<br><br>-against-<br><br>HILL-ROM HOLDINGS INC., JOHN P. GROETELAARS, WILLIAM G. DEMPSEY, GARY L. ELLIS, STACY ENXING SENG, MARY GARRETT, JAMES R. GIERTZ, WILLIAM KUCHEMAN, GREGORY J. MOORE, FECLICIA F. NORWOOD, and NANCY M. SCHLICHTING,<br><br>            Defendants. | Case No.: 21-cv-5681<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Andrea R. Wood |

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 22, 2021

Respectfully submitted,

**ADEMI LLP**

By: */s/ John D. Blythin*
John D. Blythin (Ill. SBN 6281648)
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: 414-482-8000
Fax: 414-482-8001
Email: jblythin@ademilaw.com

*Attorneys for Plaintiff*

1